1  *
THOMAS P. BEKO, ESQ. (#002653)
2  BRENT L. RYMAN, ESQ. (#008648)
ERICKSON, THORPE & SWAINSTON, LTD.
3  99 West Arroyo Street
P.O. Box 3559
4  Reno, Nevada 89505
Telephone: (775) 786-3930
5  *Attorneys for Defendant*

10              IN THE UNITED STATES DISTRICT COURT

11                 FOR THE DISTRICT OF NEVADA

14  WESTERN BEST, LTD, a Nevada
    limited partnership, *et al.*,         CASE NO:   2:09-CV-00433-JCM-GWF
15                                         *(Consolidated with 2:09-CV-1098-RLH-PAL)*
         Plaintiffs,
16                                         **STIPULATION AND ORDER FOR**
    v.                                     **DISMISSAL WITH PREJUDICE**
17
    NYE COUNTY, NEVADA, a political
18  subdivision of the State of Nevada, *et al.*

19       Defendants.
    _____/
20

21       IT IS HEREBY STIPULATED, by and between the remaining parties, for Defendants

22  by and through their counsel of record, ERICKSON, THORPE & SWAINSTON, LTD., and

23  BRENT L. RYMAN, ESQ., and for Plaintiffs, WESTERN BEST, LTD dba THE CHICKEN

24  RANCH, WESTERN BEST, INC; KENNETH R. GREEN AND DEBBIE RIVENBURGH,

25  by and through their counsel of record, ALLEN LICHTENSTEIN, ESQ., that the remaining

26  portion of the above-entitled action may be dismissed, with prejudice, with all parties to bear

27  their own court costs and attorney's fees.

28  ///

ERICKSON, THORPE &
SWAINSTON, LTD.

1    DATED this 22nd day of February, 2012.

2                                                    ERICKSON, THORPE & SWAINSTON, LTD.

3

4                                                    By_____/s/ Brent Ryman_____
                                                     BRENT L. RYMAN, ESQ. (#008648)
5                                                    ERICKSON, THORPE & SWAINSTON, LTD.
6                                                    99 West Arroyo Street
                                                     P.O. Box 3559
7                                                    Reno, Nevada 89505
                                                     Telephone: (775) 786-3930
8                                                    *Attorneys for Defendants*

9    ///

10   ///

11   DATED this 22nd day of February, 2012.

12                                                   LAW OFFICES OF ALLEN LICHTENSTEIN

13

14
                                                     By_____/s/  Allen Lichtenstein_____
15                                                   ALLEN LICHTENSTEIN, ESQ.
                                                     SBN: 3992
16                                                   3315 Russell Road, Ste 222
                                                     Las Vegas, Nevada 89120
17                                                   (702) 433-2666
                                                     *Attorneys for Plaintiffs*
18

19   ///

20   IT IS HEREBY ORDERED.

21   DATED February 28, 2012.

22

23                                                   _____
24                                                   UNITED STATES DISTRICT JUDGE

25

26

27

28
                                                 2