1 | *
2 | THOMAS P. BEKO, ESQ. (#002653)
3 | BRENT L. RYMAN, ESQ. (#008648)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| WESTERN BEST, LTD, a Nevada limited partnership, *et al.*, | CASE NO: 2:09-CV-00433-JCM-GWF |
|---|---|
| Plaintiffs, | *(Consolidated with 2:09-CV-1098-RLH-PAL)* |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| NYE COUNTY, NEVADA, a political subdivision of the State of Nevada, *et al.* | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between the remaining parties, for Defendants by and through their counsel of record, ERICKSON, THORPE & SWAINSTON, LTD., and BRENT L. RYMAN, ESQ., and for Plaintiffs, WESTERN BEST, LTD dba THE CHICKEN RANCH, WESTERN BEST, INC; KENNETH R. GREEN AND DEBBIE RIVENBURGH, by and through their counsel of record, ALLEN LICHTENSTEIN, ESQ., that the remaining portion of the above-entitled action may be dismissed, with prejudice, with all parties to bear their own court costs and attorney's fees.

///

ERICKSON, THORPE &
SWAINSTON, LTD.

1  DATED this 22nd day of February, 2012.

2  ERICKSON, THORPE & SWAINSTON, LTD.

4  By_____/s/ Brent Ryman_____
   BRENT L. RYMAN, ESQ. (#008648)
5  ERICKSON, THORPE & SWAINSTON, LTD.
6  99 West Arroyo Street
   P.O. Box 3559
7  Reno, Nevada 89505
   Telephone: (775) 786-3930
8  *Attorneys for Defendants*

9  ///

10 ///

11 DATED this 22nd day of February, 2012.

12 LAW OFFICES OF ALLEN LICHTENSTEIN

15 By_____/s/  Allen Lichtenstein_____
   ALLEN LICHTENSTEIN, ESQ.
   SBN: 3992
16 3315 Russell Road, Ste 222
   Las Vegas, Nevada 89120
17 (702) 433-2666
   *Attorneys for Plaintiffs*

19 ///

20 IT IS HEREBY ORDERED.

21 DATED February 28, 2012.

   _____
   UNITED STATES DISTRICT JUDGE

2